# United States Bankruptcy Court
## Middle District of Florida

In re: Gary Gissiner, Charmaine R Gissiner, Debtor(s)

Case No. 17-bk-10086
Chapter 7

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2018, a copy of Amended Statement of Intentions were served electronically or by regular United States mail to all interested parties in the Court's mailing matrix attached hereto.

Michael J. Rich 998907
Michael J. Rich, P.A.
2045 McGregor Blvd
Ft. Myers, FL 33901
Attorney for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-9<br>Case 9:17-bk-10086-FMD<br>Middle District of Florida<br>Ft. Myers<br>Tue Jan  9 14:58:40 EST 2018 | NATIONSTAR MORTGAGE LLC<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave<br>Suite 100<br>Boca Raton, FL 33487-2853 | AAA Financial Services<br>W. Broad Street<br>Hazleton, PA 18201 |
| Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438-0901 | Capital One Services<br>PO BOX 30285<br>Salt Lake City, UT 84130-0285 | Chase Cardmember Svs<br>PO BOX 94014<br>Palatine, IL 60094-4014 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Harley Davidson Credit<br>3850 Arrowhead Dr<br>Carson City, NV 89706-2016 | Nationstar Mortgage<br>PO Box 19911<br>Dallas, TX 75219 |
| Nationstar Mortgage LLC<br>c/o Bouavone Amphone<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 | Portfolio Recovery Asscociat<br>PO BOX 12914<br>Norfolk, VA 23541-0914 | Roberson, Anshutz & Schmied<br>6409 Congress Ave<br>Suite 100<br>Boca Raton, FL 33487-2853 |
| State Farm Bank<br>PO Box 23025<br>Columbus, GA 31902-3025 | Synchrony Bank<br>PO Box 530912<br>Atlanta, GA 30353-0912 | United States Trustee - FTM7/13<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Viscaya Prado Vet Hospital<br>920 Country Club Blvd<br>Cape Coral, FL 33990-3074 | Wells Fargo Card Services<br>PO Box 77053<br>Minneapolis, MN 55480-7753 | Charmaine R. Gissiner<br>2220 SE 5th Street<br>Cape Coral, FL 33990-2758 |
| Gary Gissiner<br>2220 SE 5th Street<br>Cape Coral, FL 33990-2758 | Luis E Rivera II<br>Henderson Franklin Starnes & Holt PA<br>Post Office Box 280<br>1715 Monroe Street<br>Fort Myers, FL 33901-3081 | Michael J Rich<br>2045 McGregor Boulevard<br>Fort Myers, FL 33901-3416 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Card
PO BOX 30395
Salt Lake City, UT 84130

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20