ORDERED.

Dated: January 24, 2018

*Caryl E. Delano*
Caryl E. Delano
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

IN RE:                                                                CASE NO.: 9:17-bk-10086-FMD
                                                                                 CHAPTER 7
Gary Gissiner,

    Debtor,

Charmaine R. Gissiner,

    Joint Debtor.
_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

THIS CASE came on consideration without a hearing on Nationstar Mortgage LLC d/b/a Mr. Cooper's ("Secured Creditor") Motion for Relief from Stay (Docket No. 9). No appropriate response has been filed in accordance with Local Rule 2002-4. Accordingly, it is:

**ORDERED:**

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located at 2220 SE 5th St, Cape Coral, Florida

33990-2758 in Lee County, Florida, legally described as:

LOTS 35 AND 36, BLOCK 1374, UNIT 18, CAPE CORAL SUBDIVISION ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 13, PAGES 96 THROUGH 120, INCLUSIVE, OF THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA.

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtor(s).

4. Secured Creditor is further granted relief in order to contact the Debtor(s) by written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

5. Attorneys' fees and costs of up to $631.00 are awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.

###

Attorney, Bouavone Amphone, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.